UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DEANGELO LAMONT THOMAS,** | ) |
| Petitioner, | ) |
| vs. | ) No. 4:04CV746-DJS |
| **CHUCK DWYER,** | ) |
| Respondent. | ) |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this ___23rd___ day of July, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE